IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SYLVIA REESE, o/b/o WHITNEY D. REESE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 04-0812-P-M |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE  MAGISTRATE JUDGE

After due and proper consideration of all portions of this file deemed relevant to the

issues raised, and there having been no objections filed, the Report and Recommendation of the

Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated January 9, 2006 (doc.21),

is hereby ADOPTED as the opinion of this court.

Accordingly, it is ORDERED that the Report and Recommendation be and is hereby

ADOPTED as the opinion of this court and that plaintiff's Motion For Award of Attorney's Fees

Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (docs.17-18), be and is hereby

GRANTED, and that plaintiff's counsel, Colin E. Kemmerly, be awarded an attorney's fee in the

amount of $662.50 (5.3 hours x $125.00 per hour = $662.50).

DONE this 2nd day of February, 2006.

  S/Virgil Pittman_____
SENIOR UNITED STATES DISTRICT JUDGE